THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LISA REINGOLD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC a Delaware Corporation,<br><br>Defendant. | Case No. 2:25-cv-01601-JHC<br><br>**NOTICE OF RELATED CASES** |

Pursuant to Local Civil Rule 3(g)(3), Amazon.com Services LLC submits this Notice of Related Cases. The above-captioned action is substantially related to *In re Amazon Prime Video Litigation*, No. 2:22-cv-00401, which has been pending before the Honorable Ricardo S. Martinez since March 30, 2022.

*In re Amazon Prime Video Litigation* and this action are substantially related because they both involve the same defendant and similar underlying factual and legal issues. *See* LCR 3(g)(4)(a). The plaintiffs in both actions assert on behalf of putative nationwide classes of consumers (and certain state subclasses) claims alleging that consumers who buy digital content through Amazon Prime Video are misled about the nature of their purchase. *See* Compl. ¶ 1; *In re*

NOTICE OF RELATED CASES – 1
(No. 2:25-cv-01601-JHC)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

*Amazon Prime Video Litig.*, No. 2:22-cv-00401, Dkt. No. 64 ¶ 6. Specifically, the plaintiffs in both actions contend, among other things, that consumers do not understand they are buying such content subject to a limited license that could theoretically be revoked at some point by the content provider, that Amazon allegedly does not sufficiently disclose that information, and that the video content is worth less than they paid for it because of the license. *See* Compl. ¶¶ 21-35; *In re Amazon Prime Video Litig.*, No. 2:22-cv-00401, Dkt. No. 64 ¶ 45-73. The plaintiffs in both actions seek similar damages and relief. *See* Compl. ¶¶ 43-88; *In re Amazon Prime Video Litig.*, No. 2:22-cv-00401, Dkt. No. 64 ¶¶ 74-169.

Given the substantial overlap, transferring this action to Judge Martinez as related to the first-filed and pending *In re Amazon Prime Video Litigation* would eliminate unnecessary duplication of effort and expense; reduce the burden on the Court, parties, and witnesses; reduce delay; and mitigate the risk of conflicting results.

Dated: September 11, 2025

By: *s/ Charles C. Sipos*
Charles C. Sipos, WSBA No. 32825
Mallory Gitt Webster, WSBA No. 50025

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: CSipos@perkinscoie.com
Email: MWebster@perkinscoie.com

*Attorneys for Amazon.com Services LLC*

NOTICE OF RELATED CASES – 2
(No. 2:25-cv-01601-JHC)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000