UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA REINGOLD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendant. | Case No. 2:25-cv-01601-JHC<br><br>**STIPULATION AND ORDER**<br><br>**NOTE ON MOTION CALENDAR: SEPTEMBER 15, 2025** |

Plaintiff Lisa Reingold filed this action on August 21, 2025. The parties met and conferred through their counsel and stipulate to extending to November 7, 2025, Amazon.com Services LLC's deadline to answer or otherwise respond to the Complaint, ECF No. 1. The parties therefore respectfully request that the Court enter the following proposed order and set November 7, 2025, as Amazon's deadline to answer or otherwise respond to the Complaint.

STIPULATION AND ORDER – 1
(No. 2:25-cv-01601-JHC)

183664391.2

## **ORDER**

Pursuant to the Parties' Stipulation, IT IS SO ORDERED.  Amazon's deadline to answer or otherwise respond to Plaintiff Lisa Reingold's Complaint is November 7, 2025.  *See* Dkt. # 1.

DATED: September 16, 2025.

_____
John H. Chun
United States District Judge

STIPULATION AND ORDER – 2
(No. 2:25-cv-01601-JHC)

183664391.2