UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA REINGOLD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendant. | Case No. 2:25-cv-01601-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) This case is hereby transferred to the Honorable Ricardo S. Martinez, as related to Case No. 2:22-cv-00401-RSM. All future documents filed in this case must bear cause numbers ending in "RSM" and must bear the new Judge's name in the upper right-hand corner of the document.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

MINUTE ORDER – 1

183664391.2

Dated this 19th day of September 2025.

                                               Ravi Subramanian
                                               Clerk

                                               */s/Ashleigh Drecktrah*
                                               Deputy Clerk

MINUTE ORDER – 2