THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA REINGOLD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendant. | Case No. 2:25-cv-01601-RSM<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 4, 2025** |

Defendant Amazon.com Services, LLC's current deadline to respond to the Complaint is November 7, 2025. The parties, through their respective counsel, have met and conferred and hereby stipulate to a modest two-week extension, moving Amazon's deadline to answer or otherwise respond to the Complaint, ECF No. 1, to November 21, 2025, to allow additional time for evaluation of the claims asserted. The parties therefore respectfully request that the Court enter the following proposed order and set November 21, 2025, as Amazon's deadline to answer or otherwise respond to the Complaint.

STIPULATION AND [PROPOSED] ORDER – 1
(No. 2:25-cv-01601-RSM)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation, IT IS SO ORDERED. Amazon's deadline to answer or otherwise respond to Plaintiff Lisa Reingold's Complaint is November 21, 2025. ECF No. 1.

DATED:_____

_____
Hon. Ricardo S. Martinez
United States District Judge

STIPULATION AND [PROPOSED] ORDER – 2
(No. 2:25-cv-01601-RSM)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

...

| | |
|---|---|
| 1 | Presented by: |
| 2 | s/ Charles C. Sipos |
| 3 | Charles C. Sipos, WSBA No. 32825 |
|   | Mallory A. Gitt, WSBA No. 50025 |
| 4 | |
| 5 | **Perkins Coie LLP** |
|   | 1301 Second Avenue, Suite 4200 |
| 6 | Seattle, Washington 98101-3804 |
|   | Telephone: 206.359.8000 |
| 7 | Facsimile: 206.359.9000 |
|   | CSipos@perkinscoie.com |
| 8 | MGitt@perkinscoie.com |
| 9 | *Attorneys for Amazon.com Services LLC* |
| 10 | s/ Wright A. Noel |
| 11 | Wright A. Noel |
|    | wright@carsonnoel.com |
| 12 | **CARSON NOEL PLLC** |
|    | 20 Sixth Avenue NE |
| 13 | Issaquah, WA 98027 |
|    | Tel:  425.837.4717 |
| 14 | Fax: 425.837.5396 |
| 15 | |
|    | Philip L. Fraietta* |
| 16 | pfraietta@bursor.com |
|    | **Bursor & Fisher, P.A.** |
| 17 | 50 Main Street, Suite 475 |
|    | White Plains, NY 10606 |
| 18 | Telephone: 914.874.0710 |
| 19 | Facsimile: 914.206.3656 |
| 20 | Stafan Bogdanovich* |
|    | sbogdanovich@bursor.com |
| 21 | 1990 North California Blvd., 9th Floor |
|    | Walnut Creek, CA 94596 |
| 22 | Telephone: 925.300.4455 |
| 23 | Facsimile: 925.407.2700 |
| 24 | *Pro hac vice admission to be sought. |
| 25 | *Attorneys for Plaintiff* |
| 26 | |

STIPULATION AND [PROPOSED] ORDER – 3
(No. 2:25-cv-01601-RSM)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

184251301