THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA REINGOLD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendant. | No. 2:25-cv-01601-RSM<br><br>**DECLARATION OF REBECCA HARTLEY IN SUPPORT OF AMAZON'S MOTION TO DISMISS** |

I, Rebecca Hartley, declare as follows:

1. I am a litigation paralegal employed by Amazon.com Services LLC ("Amazon"). I am over the age of 18 and competent to testify to matters in this Declaration. I am familiar with the manner in which Amazon's records are created and maintained by virtue of my duties and responsibilities. I make this declaration based on knowledge gained as an employee of Amazon and my review of Amazon records kept and maintained in the ordinary course of business.

2. Purchases of digital movies, television shows, and other video content (collectively, "Digital Content") through Amazon Prime Video are subject to Amazon's Conditions of Use ("COU"), the Amazon Prime Video Terms of Use ("Prime Video Terms"), and the Amazon Prime Video Usage Rules ("Usage Rules").

DECLARATION OF REBECCA HARTLEY IN
SUPPORT OF AMAZON'S MOTION TO
DISMISS – 1
(No. 2:25-cv-01601-RSM)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

3. Attached to this Declaration as **Exhibit 1** is a true and correct copy of the COU in effect when Ms. Reingold made the purchase referenced in her Complaint.

4. Attached to this Declaration as **Exhibit 2** is a true and correct copy of Amazon Prime Video Terms of Use in effect when Ms. Reingold made the purchase referenced in her Complaint.

5. Attached to this Declaration as **Exhibit 3** is a true and correct copy of Amazon Prime Video Usage Rules in effect when Ms. Reingold made the purchase referenced in her Complaint.

6. To purchase Digital Content, a customer must have an Amazon.com account and agree to the COU.

7. Attached to this Declaration as **Exhibit 4** is a true and correct copy of an image of the account-creation and sign-in screen for Amazon.com.

8. A customer must select the "Continue" button to create an account and/or sign in to their account.

9. Customers can review the COU by selecting the blue hyperlinked text "Conditions of Use." When a customer selects the hyperlink, the COU are displayed in their entirety for the customer to review.

10. Customers can also access and review the COU from the bottom of the account-creation screen, the Amazon.com homepage, and the bottom of product pages on Amazon.com.

11. If a customer does not wish to purchase Digital Content subject to a license (or for some other reason), they may choose not to complete their transaction. The transaction is not complete until a customer selects the Buy button.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the ___ of November 2025 in _____, WA.

November 20, 2025       Seattle

_____
Rebecca Hartley

DECLARATION OF REBECCA HARTLEY IN SUPPORT OF AMAZON'S MOTION TO DISMISS – 2
(No. 2:25-cv-01601-RSM)
184485945

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000