UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA REINGOLD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendant. | Case No. 2:25-cv-01601-RSM<br><br>**STIPULATION AND ORDER**<br><br>**NOTE ON MOTION CALENDAR:**<br>**NOVEMBER 4, 2025** |

Defendant Amazon.com Services, LLC's current deadline to respond to the Complaint is November 7, 2025. The parties, through their respective counsel, have met and conferred and hereby stipulate to a modest two-week extension, moving Amazon's deadline to answer or otherwise respond to the Complaint, ECF No. 1, to November 21, 2025, to allow additional time for evaluation of the claims asserted. The parties therefore respectfully request that the Court enter the following proposed order and set November 21, 2025, as Amazon's deadline to answer or otherwise respond to the Complaint.

STIPULATION AND ORDER – 1
(No. 2:25-cv-01601-RSM)

**ORDER**

Pursuant to the Parties' Stipulation, IT IS SO ORDERED. Amazon's deadline to answer or otherwise respond to Plaintiff Lisa Reingold's Complaint is November 21, 2025. ECF No. 1.

DATED this 2nd day of December, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE