**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| LISA REINGOLD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware corporation,<br><br>Defendant. | Case No. 2:25-cv-01601-RSM<br><br>**STIPULATION AND ORDER** |

    Plaintiff Lisa Reingold's current deadline to respond to Defendant Amazon.com Services LLC's Motion to Dismiss (Dkt. No. 13) is December 12, 2025. The Parties, through their respective counsel, have met and conferred and hereby stipulate to a three-week extension, moving Plaintiff Reingold's deadline to oppose the Motion to Dismiss to January 9, 2026, to allow additional time for evaluation of the arguments asserted. Additionally, the Parties have met and conferred and hereby stipulate that Amazon shall have until January 30, 2026 to reply. The Parties therefore respectfully request that the Court enter the following proposed order and set January 9, 2026 as Plaintiff Reingold's deadline to oppose the Motion to Dismiss, and January 30, 2026 as Amazon's deadline to reply.

STIPULATION AND ORDER - 1

**ORDER**

Pursuant to the Parties' Stipulation, IT IS SO ORDERED. Plaintiff Lisa Reingold's deadline to respond to Amazon.com Services LLC's Motion to Dismiss is January 2, 2026. Defendant Amazon.com Services LLC's deadline to reply will be January 30, 2026.

DATED this 10th day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER - 2