UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA REINGOLD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendant. | Case No. 2:25-cv-01601-RSM<br><br>**ORDER GRANTING UNOPPOSED MOTION TO STAY INITIAL DISCOVERY DEADLINES** |

Pursuant to the Parties' Stipulated Motion to Stay Initial Discovery Deadlines, IT IS SO ORDERED that the Clerk stay the following initial discovery deadlines, as set out in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 21):

| Event | Current Deadline |
|---|---|
| Deadline for FRCP 26(f) Conference: | February 5, 2026 |
| Initial Disclosures Due: | February 12, 2026 |
| Joint Status Report Due: | February 19, 2026 |

DATED this 9th day of February, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1